UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:18 cr 475 T 17 JSS

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

BRADLEY ALEXANDER COX,
a/k/a "MONGO"



### INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date, but not later than on or about March 20, 2017 and continuing through on or about April 11, 2017, in the Middle District of Florida, the defendant,

BRADLEY ALEXANDER COX,
a/k/a "MONGO"

did knowingly, willfully, and intentionally conspire with other persons, both known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

All in violation of 21 U.S.C. § 846.

## COUNT TWO

On or about March 29, 2017, in the Middle District of Florida, and

elsewhere, the defendant,

BRADLEY ALEXANDER COX,
a/k/a "MONGO"

did knowingly and intentionally possess with intent to distribute a controlled

substance, which violation involved a mixture and substance containing a

detectable amount of fentanyl, a Schedule II controlled substance and is

therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about April 11, 2017, in the Middle District of Florida, and

elsewhere, the defendant,

BRADLEY ALEXANDER COX,
a/k/a "MONGO"

did knowingly and intentionally possess with intent to distribute a controlled

substance, which violation involved a mixture and substance containing a

detectable amount of fentanyl, a Schedule II controlled substance and is

therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## FORFEITURE

1.      The allegations contained in Counts One, Two, and Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.      Upon conviction of a violation of 21 U.S.C. § 846, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.      If any of the property described above, as a result of any acts or omissions of the defendant:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the Court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Charlie D. Connally
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Deputy Chief, Violent Crimes and Narcotics Section

FORM OBD-34
January 2018

Case 8:18-cr-00475-EAK-JSS   Document 1   Filed 10/16/18   Page 5 of 5 PageID 5
No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## BRADLEY ALEXANDER COX,
### a/k/a "MONGO"

## INDICTMENT

Violations:   Title 21, United States Code, Section 846
Title 21, United States Code, Section 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 16th day of October, 2018.

_____
Clerk

Bail $_____

*T:\_Cases\Criminal Cases\C\COX, Bradley_2018R02323_CDC\f_Indictment Back.docx*