**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:18-cr-475-T-17JSS | DATE: May 3, 2019 | |
|---|---|---|
| HONORABLE ELIZABETH A. KOVACHEVICH | INTERPRETER: NA LANGUAGE: | |
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADLEY ALEXANDER COX | GOVERNMENT COUNSEL<br>Charlie Connally<br><br>DEFENDANT COUNSEL<br>Gus Centrone, CJA | |
| COURT REPORTER: Paul Spangler | DEPUTY CLERK: | Sonya Cohn |
| TIME: 11:05 – 11:25 a.m. | COURTROOM: | 14A |
| TOTAL: 20 mins. | PROBATION: | Chad Cordwell |

**PROCEEDINGS:**     CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

Defendant is adjudged guilty of Count Three of the Indictment.

Imprisonment: Term of **TWENTY-FOUR (24) MONTHS** as to Count Three of the Indictment.  Defendant shall receive credit for time served as calculated by the United States Bureau of Prisons.

The Court makes the following recommendations to the Bureau of Prisons:

1. 1st choice of incarceration –  Coleman, Florida
2. 2nd choice of incarceration – Miami, Florida
3. Unicor to send support for minor children.
4. 500 hour RDAP substance abuse program for variety of drugs and alcohol.
5. Defendant has serious medical issues including herniated discs, hernia repair, and high blood pressure.  Medical exam for these conditions.
6. Vocational education in construction management, welding, mechanics, plumbing, any other trades defendant can physically handle, small business administration, and computers related to trades.

Fine is waived.

Special Assessment: $100.00 to be paid immediately.

Supervised Release: **THREE (3) YEARS** as to Count Three of the Indictment.

Additional conditions of supervision:

- The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

- The defendant shall submit to a search of your person, residence, place of business, any storage units under the defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.  Failure to submit to a search may be grounds for revocation.  You shall inform any other residents that the premises may be subject to a search pursuant to this condition.

- Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

- The mandatory drug testing provisions pursuant to the Violent Crime Control Act are imposed. The Court orders random drug testing not to exceed 104 tests per year.

Counts One and Two of the Indictment are dismissed in accordance with the plea agreement.

Defendant is remanded to the custody of the US Marshal.

Defendant advised of right to appeal and to counsel on appeal.

### GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING (before any departures/variances, if applicable)

| | |
|---|---|
| Total Offense Level | 15 |
| Criminal History Category: | III |
| Imprisonment Range | 24 – 30 months |
| Supervised Release Range | 3 years |
| Restitution: | NA |
| Fine Range | $7,500 - $1,000,000 |
| Special Assessment | $100.00 |